UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE FLORES | Honorable Douglas E. Arpert<br><br>Criminal No. 22-625 (GFC)<br><br>**DETENTION ORDER** |

This matter having come before the Court for an initial appearance for a petition for a violation of supervised release; and upon the motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code Section 3142(e) to detain the defendant, Jose Flores; and the defendant (Adam Axel, Esq. appearing) making no bail application at this time, but reserving the right to make a bail application at a future date; and for good cause shown;

IT IS, therefore, on this _21st_ day of February, 2023,

ORDERED that Defendant Jose Flores be detained pending placement into a residential substance abuse treatment program; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142, that the defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE